**Order entered October 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00844-CV

## IN THE INTEREST OF G.A.L., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85844**

## ORDER

Appellant's brief on the merits was due October 24, 2019. Before the Court is appellant's October 25, 2019 third motion for an extension of time to file her brief. Appellant attempted to file her brief on October 25, 2019. However, this Court rejected the filing because the brief was not bookmarked. Accordingly, we **GRANT** appellant's motion to the extent that appellant shall file her brief by **October 30, 2019**.

/s/  BILL WHITEHILL
JUSTICE